IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TYMERE PARKER,                    :
    Petitioner,                  :
                            :
         v.                        :    **CIVIL ACTION**
                            :    **NO. 2:26-cv-00837-JLS**
COMMONWEALTH OF                   :
PENNSYLVANIA,                     :
    Respondent.                  :

## ORDER

**AND NOW** this 17th day of February, 2026, in consideration of state prisoner Tymere Parker's Petition for *Writ of Habeas Corpus* under 28 U.S.C. § 2241 (ECF No. 1), and for the reasons explained in the accompanying Memorandum, it is **ORDERED** that:

1.     The Clerk of Court is **DIRECTED** to furnish Parker with (a) a blank copy of this Court's current standard form for filing a pre-trial *habeas* petition under 28 U.S.C. § 2241, bearing the above-captioned civil action number; and (b) a blank copy of this Court's current standard form for filing a post-trial *habeas* petition under 28 U.S.C. § 2254, bearing the above-captioned civil action number.

2.     Parker should carefully review each form and all instructions that accompany the forms. If he is seeking release from the facility where he is being detained **before trial** on a state-court case, he shall use the 28 U.S.C. § 2241 *habeas* petition form to pursue the matter. If he is seeking release from the facility where he is being held **after conviction and sentencing** on a state-court case, he shall use the 28 U.S.C. § 2254 *habeas* petition form to pursue the matter.

3.     If Parker wishes to continue to pursue this case, he shall submit his claims through **only one** of these standard forms, sign the completed form, and return it to the Clerk of Court within thirty (30) days of the date of this Order.

4. If, after reviewing this Court's Memorandum and Order, Parker decides not to further pursue this action, Parker may file a Notice of Dismissal Pursuant to Federal Rule of Civil Procedure 41(a).[1]

5. If Parker fails to comply with this Order, his case may be dismissed without further notice for failure to prosecute.

BY THE COURT:

*/s/ Jeffery L. Schmehl*
**JEFFREY L. SCHMEHL, J.**

---

[1] Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides in pertinent part that "the plaintiff may dismiss an action without a court order by filing: . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]"